[No. 64906-0-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT CURTIS
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 09-1-00297-5, John F. Nichols, J., entered April
20, 2009. *Reversed* and *remanded* by unpublished opinion
per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 64952-3-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MARK
DOBYNS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 06-1-00148-1, James W. Lawler, J., entered
October 31, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 64967-1-I.   Division One.   June 7, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE
WALTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-01320-6, Rosanne Buckner, J., entered
October 24, 2008. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Schindler and Lau, JJ.

[No. 37511-7-II.   Division Two.   June 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL LARCEL
MORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-00829-5, Kathryn J. Nelson, J., entered
March 24, 2008. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Penoyar, A.C.J., and Arm-
strong, J.